FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 JAN 16 P 5: 04

CLERK'S OFFICE
AT BALTIMORE

BY_____  _DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LEVAN JONES** | * | |
| Petitioner | * | |
| v. | * | Civil No. JKB-13-2197 |
| **UNITED STATES OF AMERICA** | * | Criminal No. JKB-11-0630 |
| Respondent | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

The Court has carefully reviewed Mr. Jones' Motion to Vacate Pursuant to 28 U.S.C. § 2255 (ECF No. 56). The Court has also carefully reviewed the entire criminal file in this case, as well as the Government's Response in Opposition to Mr. Jones' Motion (ECF No. 65).

Upon that careful review, the Court finds no deficiencies with respect to the proceedings conducted. Mr. Jones has not demonstrated that he received ineffective assistance of counsel from his Assistant Federal Public Defender. Mr. Jones' competency to proceed during the relevant hearings is patent. The Sentencing Guidelines were calculated in a manner consistent with his plea agreement, which was knowingly, intelligently and voluntarily entered into. The sentence was fair and lawful, and consistent with the understanding of the parties as revealed during the plea and sentencing hearings. Mr. Jones was a full participant in this process, and the record reveals that he fully understood what was occurring, and that he was acting with the assistance of a competent and well prepared attorney.

Accordingly, Mr. Jones' Motion to Vacate Sentence Pursuant to U.S.C. § 2255 (ECF No. 56) will be DENIED by separate order which follows.

DATED this 16 day of January, 2014.

BY THE COURT:

James K. Bredar
United States District Judge